HELEN LIBARIS, as Administratrix of the Estate of ANDREW J. LIBARIS, Deceased, Appellant, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Argued March 7, 1938; decided April 12, 1938.

Ralph Stout, Stephen Callaghan and Alfred Ekelman for appellant.

A. H. Cole, Louis S. Carpenter and James L. Quackenbush for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division. There was a question of fact for the jury. No opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and LEHMAN, J. Taking no part: RIPPEY, J.